1506

**2006–0616. Webb v. McCarty.**
Franklin App. No. 05AP–698, 2006-Ohio-795. Discretionary appeal accepted on Proposition of Law No. II.

LUNDBERG STRATTON, J., would also accept the appeal on all other Propositions of Law.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2006–0676. In re Walker.**
Ashtabula App. No. 2005–A–0067, 2006-Ohio-739. Discretionary appeal accepted on Proposition of Law No. II.

LUNDBERG STRATTON and O'DONNELL, JJ., would also accept the appeal on all other Propositions of Law.

RESNICK and PFEIFER, JJ., dissent.